AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

FILED

SEP – 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

GEORGE C. HASSETT
Plaintiff

CORRECTIONALV. MEDICAL SERVICES
DOCTOR OKETOKUN ADEFOLAJU
Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, _GEORGE HASSETT_ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   • (Yes)   • •No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _DELAWARE CORRECTIONAL CENTER_ / James T. Vaughn correctional 

    **Inmate Identification Number (Required):** _162500_

    Are you employed at the institution? _yes_ Do you receive any payment from the institution? _Yes_

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.  Are you currently employed?   • (Yes)   • •No  

    a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | • No |
    | b. | Rent payments, interest or dividends | • • Yes | • No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | • No |
    | d. | Disability or workers compensation payments | • • Yes | • No |
    | e. | Gifts or inheritances | • • Yes | • No |
    | f. | Any other sources | • Yes | • • No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

I get a misc. wage from prison for part time work. Around 35.00 monthly. Money may not continue much longer due to Health problems.

4. Do you have any cash or checking or savings accounts?     •• Yes    (••No)

If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?     •• Yes    (••No)

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.  N/A

I declare under penalty of perjury that the above information is true and correct.

* 8-22-08     X _Henry Hassett_
DATE           SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



# *DELAWARE CORRECTIONAL CENTER*
## *SUPPORT SERVICES OFFICE*
## *MEMORANDUM*

08 - 5 ' 9

TO:     *George Hassett*          SBI#: _162500_

FROM:   *Stacy Shane, Support Services Secretary*

RE:     *6 Months Account Statement*

DATE:   *7/23/08*

---

*Attached are copies of your inmate account statement for the months of*
_January 1, 2008_          to   _June 30, 2008_          .

*The following indicates the average daily balances.*

| **MONTH** | **AVERAGE DAILY BALANCE** |
|-----------|---------------------------|
| JAN | $ 10.07 |
| Feb | 29.40 |
| Mar | 18.14 |
| Apr | 35.18 |
| May | 42.54 |
| Jun | 20.47 |

*Average daily balances/6 months:* _$25.97_

*Attachments*
*CC:  File*

*Mercedes Vallen*
*7/23/08*

*Jeanette Hubbard*
*7/23/08*

# Individual Statement
## From January 2008 to June 2008

Date Printed: 7/22/2008

Page 1 of 2

| | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| SBI 00162500 | Hassett | George | C | | Beginning Month Balance: | $31.75 |
| Current Location: W1 | | Comments: | | | Ending Month Balance: | $0.23 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# Pay To / Source Name |
|---|---|---|---|---|---|---|---|
| Misc Wage | 1/2/2008 | $35.23 | $0.00 | $0.00 | $66.98 | 534301 | PR IND 11/24-12/23 |
| Canteen | 1/2/2008 | ($30.35) | $0.00 | $0.00 | $36.63 | 535410 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($1.65) | $36.63 | 538153 | 12/14/07 |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($6.30) | $36.63 | 538236 | 12/27/07 |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($6.30) | $36.63 | 538237 | 12/27/07 |
| Canteen | 1/7/2008 | ($15.08) | $0.00 | $0.00 | $21.55 | 538527 | |
| Supplies-MailPosta | 1/9/2008 | ($1.65) | $0.00 | $0.00 | $19.90 | 540790 | 12/27/07 |
| Supplies-MailPosta | 1/9/2008 | ($6.30) | $0.00 | $0.00 | $13.60 | 540853 | 12/27/07 |
| Supplies-MailPosta | 1/9/2008 | ($6.30) | $0.00 | $0.00 | $7.30 | 540854 | 12/27/07 |
| Canteen | 1/16/2008 | ($7.11) | $0.00 | $0.00 | $0.19 | 543489 | |
| Misc Wage | 2/1/2008 | $47.98 | $0.00 | $0.00 | $48.17 | 549970 | 12/24-1/23/08 PI |
| Canteen | 2/5/2008 | ($10.39) | $0.00 | $0.00 | $37.78 | 551998 | |
| Canteen | 2/12/2008 | ($6.12) | $0.00 | $0.00 | $31.66 | 555304 | |
| Canteen | 2/19/2008 | ($14.15) | $0.00 | $0.00 | $17.51 | 558568 | |
| Canteen | 2/27/2008 | ($4.26) | $0.00 | $0.00 | $13.25 | 561643 | |
| Pay-To | 2/28/2008 | ($3.00) | $0.00 | $0.00 | $10.25 | 562942 | NAACP |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($6.42) | $10.25 | 563013 | 2/27/08 |
| Misc Wage | 3/4/2008 | $50.83 | $0.00 | $0.00 | $61.08 | 564117 | 1/24-2/23 DCI |
| Canteen | 3/3/2008 | ($14.65) | $0.00 | $0.00 | $46.43 | 564993 | |
| Supplies-MailPosta | 3/4/2008 | ($6.42) | $0.00 | $0.00 | $40.01 | 565944 | 2/27/08 |
| Canteen | 3/11/2008 | ($17.45) | $0.00 | $0.00 | $22.56 | 568601 | |
| Canteen | 3/18/2008 | ($16.61) | $0.00 | $0.00 | $5.95 | 571845 | |
| Canteen | 3/25/2008 | ($5.81) | $0.00 | $0.00 | $0.14 | 574945 | |
| Misc Wage | 4/1/2008 | $50.69 | $0.00 | $0.00 | $50.83 | 577353 | PI 02/24-03/23/08 |
| Canteen | 4/1/2008 | ($5.19) | $0.00 | $0.00 | $45.64 | 578298 | |
| Canteen | 4/8/2008 | ($5.55) | $0.00 | $0.00 | $40.09 | 583374 | |
| Canteen | 4/15/2008 | ($6.02) | $0.00 | $0.00 | $34.07 | 586218 | |
| Canteen | 4/22/2008 | ($8.84) | $0.00 | $0.00 | $25.23 | 589701 | |
| Canteen | 4/29/2008 | ($5.16) | $0.00 | $0.00 | $20.07 | 593551 | |
| Misc Wage | 5/1/2008 | $53.22 | $0.00 | $0.00 | $73.29 | 595324 | DCI 3/24-4/23/08 |
| Canteen | 5/6/2008 | ($21.34) | $0.00 | $0.00 | $51.95 | 598368 | |

Date Printed: 7/22/2008

# Individual Statement
## From January 2008 to June 2008

Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00162500 | Hassett | George | C | |

**Current Location:** W1    **Comments:**

Beginning Month Balance: **$31.75**
Ending Month Balance: **$0.23**

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/13/2008 | ($4.68) | $0.00 | $0.00 | $47.27 | 602267 | | | |
| Canteen | 5/20/2008 | ($16.85) | $0.00 | $0.00 | $30.42 | 605689 | | | |
| Canteen | 5/27/2008 | ($21.45) | $0.00 | $0.00 | $8.97 | 608686 | | | |
| Misc Wage | 6/2/2008 | $51.03 | $0.00 | $0.00 | $60.00 | 610855 | | | |
| Canteen | 6/3/2008 | ($10.83) | $0.00 | $0.00 | $49.17 | 612244 | DCI 4/24-5/23/08 | | |
| Canteen | 6/10/2008 | ($28.28) | $0.00 | $0.00 | $20.89 | 615952 | | | |
| Canteen | 6/17/2008 | ($13.30) | $0.00 | $0.00 | $7.59 | 619208 | | | |
| Canteen | 6/24/2008 | ($7.36) | $0.00 | $0.00 | $0.23 | 621789 | | | |

Ending Month Balance: **$0.23**

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00