(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

FILED
SEP -3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) GEORGE HASSETT    162500
    (Name of Plaintiff)    (Inmate Number)
DELAWARE CORRECTIONAL CENTER/
JAMES T. VAUGHN Correctional
Inst. 1181 PADDOCK ROAD SMYRNA DEL 19977
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) CORRECTIONAL MEDICAL SERVICES

(2) OKETOKUN ADEFOLAJU M.D.

(3) _____
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

    (Case Number)
    ( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

I.    **PREVIOUS LAWSUITS**

   A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   N/A
   _____
   _____
   _____
   _____
   _____

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution?  • (Yes)  • • No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims?  • (Yes)  • • No

C.  If your answer to "B" is Yes:

  1. What steps did you take? _I have exhausted the prison grievance procedure_

  2. What was the result? _I was denied the requested and needed medical treatment_

D.  If your answer to "B" is No, explain why not: _____

III.  **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _CORRECTIONAL MEDICAL SERVICES_

Employed as _CONTRACT MEDICAL PROVIDER_ at _DELAWARE CORRECTIONAL CENTER / JAMES T. VAUGHN CORRECTIONAL_

Mailing address with zip code: _1201 COLLEGE PARK DRIVE SUITE 101 DOVER, DEL. 19904 -OR- 12647 OLIVE BLVD ST. LOUIS, Md. 63141_

(2) Name of second defendant: _OKETOKUN ADEFOLAJU_

Employed as _MEDICAL DOCTOR_ at _DELAWARE CORRECTIONAL CENTER / JAMES T. VAUGHN CORRECTIONAL_

Mailing address with zip code: _James T. Vaughn Correctional DELAWARE CORRECTIONAL CENTER 1181 PADDOCK Rd SMYRNA, DEL. 19977 -OR- 1201 COLLEGE PARK DRIVE SUITE 101 DOVER, DEL. 19904_

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.) -If note indicated- All locations and (All dates and times will have to be obtained through discovery)

1. CORRECTIONAL MEDICAL SERVICES (CMS) A contracted medical service is directly responsible in providing treatment and medications for my illnesses - which I haven't been receiving. I have complained about being over medicated with trigger point shots in my back that has created pits and cause extreme pain.

   *At DCC, James T. Vaughn Correctional since 2005*

2. I have been denied treatment by (C.M.S) and OKETOKUN ADEFOLAJU concerning A spot on my Lungs which was first detected in 2004. In 2008 it was ordered that I see an outside doctor, IKEDA who ordered A Biopsy on my left Lung - which was denied (not done) by doctor OKETOKUN ADEFOLAJU.

   *At DCC James T. Vaughn Correctional*

3. C.M.S. And Doctor OKETOKUN ADEFOLAJU have continued to deny and prevent medical treatments, previously ordered in 2005 and 2006 by A heart doctor. They have been told to stop administering Nitro pills & patch. They have been told by A outside doctor and doctor GREWAL HARJINDER that my heart is fine but I am still being forced to take the medications.

   *At DCC, James T. Vaughn Correctional*

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Court to place an injunction in place preventing (CMS) and its employed doctors from providing inadequate medical care and violating my 8th Amendment Rights.

3

2. I am asking that I be compensated for pain and suffering and punative damages in the amount of 500,000 dollars resulting from damage to my Back - Denial of treatment to my Lungs and continued unneeded heart medications.

3. I am asking that I be seen and treated by outside independant doctors concerning all the medical conditions listed here-in this complaint and that (C.M.S) be ordered to pay any and all treatments.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __22__ day of __Aug__, 20_08_.

_George Hassett_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



IM: George Hassett
SBI# 162500  UNIT W-K-28
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Delaware 19801

Legal Mail (Medical)